B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rena Lange (USA) Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Mabrun; DBA St. Emile; DBA Gloriette** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**13-3721928** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**430 West 14th Street**<br>**Suite 201**<br>**New York, NY**<br>ZIP Code **10014** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Rena Lange (USA) Inc. |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: M.Lange & Co. GmbH | Case Number: 1542 IN 2881/14 | Date Filed: 9/09/14 |
|---|---|---|
| District: Local Court of Munich, Germany | Relationship: Parent | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Rena Lange (USA) Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Wayne M. Greenwald**
Signature of Attorney for Debtor(s)

**Wayne M. Greenwald WG6758**
Printed Name of Attorney for Debtor(s)

**Wayne Greenwald, P.C..**
Firm Name

**475 Park Avenue South**
**26th Floor**
**New York, NY 10016**

Address

**Email: grimlawyers@aol.com**
**212-983-1922  Fax: 212-983-1965**
Telephone Number

**October  7, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Tracy Welch**
Signature of Authorized Individual

**Tracy Welch**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October  7, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re  **Rena Lange (USA) Inc.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Ben's Luxury Car & Limousine**<br>**11-01 43rd Avenue**<br>**Long Island City, NY 11101** | **Ben's Luxury Car & Limousine**<br>**11-01 43rd Avenue**<br>**Long Island City, NY 11101** | | **Unliquidated** | 177.66 |
| **Canon Financial Services**<br>**14904 Collections Center Drive**<br>**Chicago, IL 60693** | **Canon Financial Services**<br>**14904 Collections Center Drive**<br>**Chicago, IL 60693** | | **Unliquidated** | 259.18 |
| **Coffee Distributing Corp**<br>**200 Broadway**<br>**New Hyde Park, NY 11040** | **Coffee Distributing Corp**<br>**200 Broadway**<br>**New Hyde Park, NY 11040** | | **Unliquidated** | 153.55 |
| **DGA Security Systems, Inc**<br>**429 West 53rd Street**<br>**New York, NY 10101** | **DGA Security Systems, Inc**<br>**429 West 53rd Street**<br>**New York, NY 10101** | | **Unliquidated** | 1,712.92 |
| **FedEx**<br>**PO Box 371461**<br>**Pittsburgh, PA 15250** | **FedEx**<br>**PO Box 371461**<br>**Pittsburgh, PA 15250** | | **Unliquidated** | 532.41 |
| **Girl Oh Boy Models Inc**<br>**130 West 56th Street**<br>**Suite 4M**<br>**New York, NY 10019** | **Girl Oh Boy Models Inc**<br>**130 West 56th Street**<br>**Suite 4M**<br>**New York, NY 10019** | | **Unliquidated** | 360.00 |
| **GXS, Inc.**<br>**PO Box 640371**<br>**Pittsburgh, PA 15264** | **GXS, Inc.**<br>**PO Box 640371**<br>**Pittsburgh, PA 15264** | | **Unliquidated** | 205.19 |
| **Harleysville Insurance Processing Center**<br>**PO Box 37712**<br>**Philadelphia, PA 19101** | **Harleysville Insurance Processing Center**<br>**PO Box 37712**<br>**Philadelphia, PA 19101** | | **Unliquidated** | 3,378.73 |
| **Kaufman Brothers, Inc.**<br>**327 West 36th Street**<br>**New York, NY 10018** | **Kaufman Brothers, Inc.**<br>**327 West 36th Street**<br>**New York, NY 10018** | | **Unliquidated** | 100.17 |
| **Larstrand Corporation**<br>**22 Est 65th Street**<br>**5th Floor**<br>**New York, NY 10065** | **Larstrand Corporation**<br>**22 Est 65th Street**<br>**5th Floor**<br>**New York, NY 10065** | | **Unliquidated** | 751.01 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Rena Lange (USA) Inc.**                                                      Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| M. Lange & Co. GmbH<br>c/o Gerloff, Liebler, etc<br>Nymphenburger Str. 4 80335<br>Munich, Germany | M. Lange & Co. GmbH<br>c/o Gerloff, Liebler, etc<br>Nymphenburger Str. 4 80335<br>Munich, Germany | | Unliquidated<br>Disputed | 1,762,826.66 |
| Mabrun S.p.a.<br>Via S Andrea 14/16 Loc.<br>San Lazzoro 36061<br>Bassano, DE | Mabrun S.p.a.<br>Via S Andrea 14/16 Loc.<br>San Lazzoro 36061<br>Bassano, DE | | Unliquidated<br>Disputed | 60,473.59 |
| Megapath<br>PO Box 39000<br>Dept 33408<br>San Francisco, CA 94139 | Megapath<br>PO Box 39000<br>Dept 33408<br>San Francisco, CA 94139 | | Unliquidated | 142.94 |
| Meghan L. Beard Inc.<br>549 West 149th Street<br>New York, NY 10031 | Meghan L. Beard Inc.<br>549 West 149th Street<br>New York, NY 10031 | | Unliquidated | 2,304.00 |
| Roanoke Trade Service, Inc.<br>61 Broadway Suite 2700<br>New York, NY 10006 | Roanoke Trade Service, Inc.<br>61 Broadway Suite 2700<br>New York, NY 10006 | | Unliquidated | 494.56 |
| Schaefer Trans, Inc.<br>580 Atlantic Avenue<br>East Rockaway, NY 11518 | Schaefer Trans, Inc.<br>580 Atlantic Avenue<br>East Rockaway, NY 11518 | | Unliquidated | 30,682.46 |
| Thor ASB 875 Washing Street LL<br>c/o Sierra Real Estate<br>600 Madison Avenue, 3rd Floor<br>New York, NY 10022 | Thor ASB 875 Washing Street LL<br>c/o Sierra Real Estate<br>600 Madison Avenue, 3rd Floor<br>New York, NY 10022 | | Unliquidated | 24,032.56 |
| Total Four Star<br>19 West 21st Street<br>Suite 601A<br>New York, NY 10014 | Total Four Star<br>19 West 21st Street<br>Suite 601A<br>New York, NY 10014 | | Unliquidated | 293.96 |
| UPS<br>PO Box 7247-0244<br>Philadelphia, PA 19170 | UPS<br>PO Box 7247-0244<br>Philadelphia, PA 19170 | | Unliquidated | 2,023.29 |
| US Customs Service<br>Building # 77<br>JFK Airport<br>Jamaica, NY 11430 | US Customs Service<br>Building # 77<br>JFK Airport<br>Jamaica, NY 11430 | | Unliquidated | 10,569.60 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Rena Lange (USA) Inc.**                                                                 Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **October 7, 2014**            Signature  **/s/ Tracy Welch**
                                                                  **Tracy Welch**
                                                                  **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re **Rena Lange (USA) Inc.**,
Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **M. Lange & Co. GmbH** c/o Gerloff, Liebler, etc Nymphenburger Str. 4 80335 **Munich, Germany** | **stock** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 7, 2014**      Signature **/s/ Tracy Welch**
                              **Tracy Welch**
                              **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re   **Rena Lange (USA) Inc.**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 7, 2014**

**/s/ Tracy Welch**
**Tracy Welch**/**President**
Signer/Title

.

1 EDI SOURCE
PO BOX 74206
CLEVELAND, OH 44194-4206


AGILITY TALENT
349 5TH AVENUE, 8TH FLOOR
NEW YORK, NY 10016


AMEX
P.O. BOX 1270
NEWARK, NJ 07101-1270


ASSOC PENSION CONSULTANTS
6800 JERHICO TURNPIKE
SYOSSET, NY 11791


AT&T
PO BOX 537104
ATLANTA, GA 30353-7104


ATLAS PRINT SOLUTIONS
589 8TH AVE
4TH FL
NEW YORK, NY 10018


BANNER LIFE INS.
PO  BOX 704526
ATLANTA, GA 30374-4536


BEN'S LUXURY CAR & LIMOUSINE
11-01 43RD AVENUE
LONG ISLAND CITY, NY 11101


CANON FINANCIAL SERVICES
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


COFFEE DISTRIBUTING CORP
200 BROADWAY
NEW HYDE PARK, NY 11040


CSC
PO BOX 13397
PHILADELPHIA, PA 19101-3397

```
CT CORP
PO BOX 4349
CAROL STREAM, IL 60197-4349


DGA SECURITY SYSTEMS, INC
429 WEST 53RD STREET
NEW YORK, NY 10101


DI CENTRAL
1199 NASA PARKWAY SUITE 101
HOUSTON, TX 77058


DI CENTRAL
1199 NASA PARKWAY - SUITE 101


EISNER AMPER
6900 JERICHO TPKE, SUITE 312
SYOSSET, NY 11792


ESTATE OF MELVIN FRIEDLAND ETC
22 EAST 65TH STREET
NEW YORK, NY 10065


ESTO GRAPHICS
58 SEABRING STREET
BROOKLYN, NY 11231


EULER ACI
800 RED BROOK BLVD
OWINGS MILLS, MD 21117


FASHION CALENDAR
153 EAST 87TH STREET
NEW YORK, NY 10128


FEDEX
PO BOX 371461
PITTSBURGH, PA 15250


FLO-TECH
699 MIDDLE STREET
MIDDLETOWN, CT 06457
```

```
FOUR STAR
19 WEST 21ST STREET SUITE 601A
NEW YORK, NY 10014


FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO, CA 94257-0531


GIRL OH BOY MODELS INC
130 WEST 56TH STREET
SUITE 4M
NEW YORK, NY 10019


GLORIETTE
KASTELLSTRASSE 46
STEGERSBACH AUSTRIA 7551


GLORIETTE
KASTELLSTRASSE 46 7551
STEGERSBACH
AUSTRIA


GS1
P.O BOX 71-3034
COLUMBUS, OH 43271-3034


GXS, INC.
PO BOX 640371
PITTSBURGH, PA 15264


HARLEYSVILLE INSURANCE
PROCESSING CENTER
PO BOX 37712
PHILADELPHIA, PA 19101


HARLEYSVILLE INSURANCE
PROCESSING CENTER
P.O BOX 37712
PHILADELPHIA, PA 19101-5012


IES!
PO BOX 660654
DALLAS, TX 75266-0654
```

```
IESI
PO BOX 660654
DALLAS, TX 75266


INTERNAL REVENUE SERVICE
10 METROTECH CENTER
625 FULTON STREET
BROOKLYN, NY 11201


INTERTRADE SYSTEMS
C/O T65036U
PO BOX 55811
BOSTON, MA 02205-5811


KASTLE SYSTEMS OF NY
655 THIRD AVENUE, SUITE 1520
NEW YORK, NY 10017


KAUFMAN BROTHERS, INC.
327 WEST 36TH STREET
NEW YORK, NY 10018


LARSTRAND CORPORATION
22 EST 65TH STREET
5TH FLOOR
NEW YORK, NY 10065


M. LANGE & CO. GMBH
C/O GERLOFF, LIEBLER, ETC
 NYMPHENBURGER STR. 4 80335
MUNICH, GERMANY


MABRUN S.P.A.
VIA S ANDREA 14/16 LOC.
SAN LAZZORO 36061
BASSANO, DE


MANHARTTAN MINI STORAGE
520 WEST 17TH ST
NEW YORK, NY 10011


MASSACHUSETTS CASUALTY
P.O. BOX 371485
PITTSBURGH, PA 15250
```

```
MEGAPATH
PO BOX 39000
DEPT 33408
SAN FRANCISCO, CA 94139


MEGHAN L. BEARD INC.
549 WEST 149TH STREET
NEW YORK, NY 10031


MET LIFE
SMALL BUS CENTER
P.O. BOX 804466
KANSAS CITY, MO 64180-4466


MODERN BANK, N.A.
667 MADISON AVENUE
NEW YORK, NY 10065


NEIMAN MARCUS PR
ATTN: REBECCA BRODNAN
3393 PEACHTREE ROAD NE
ATLANTA, GA 30326


NEIMAN MARCUS SH
ATTN: ALEXA ASMAR
1200 MORRIS TURNPIKE
SHORT HILLS, NJ 07078


NEIMAN MARCUS TT
ATTN: MELISSA EKBLOM
2255 INTERNATIONAL DR
MC LEAN, VA 22102


NY DEPT OF STATE
ONE COMMERCE PLAZA
99 WASHINGTON
ALBANY, NY 12231-0001


NY UNEPLOYMENT INS
PO BOX 4301
BINGHAMTON, NY 13902-4301


NYC  DEPT. OF BLDGS
280 BROADWAY 6TH FL.
NEW YORK, NY 10007
```

NYC DEPT OF FINANCE
345 ADAMS STREET
LEGAL AFFAIRS D, COHEN
BROOKLYN, NY 11201


NYS DEPT OF TAX AND FIN
BANKRUPTCY SPECIAL PROC.
PO BOX 5300
ALBANY, NY 12205-0300


OXFORD
P.O. BOX 1697
NEWARK, NJ 07101-1696


PITNEY BOWES
P.O. BOX 371887
PITTSBURGH, PA 15250-7887


PURCHASE POWER
P.O. BOX 856042
LOUISVILLE, KY 40285-6042


QUALITY TRANSPORTATION
ATTN: A/R DEPT
18 PARK PLACE, DEPT 01
PARAMUS, NJ 07652


QUALITY TRANSPORTATION
ATTN: A/R 18
PARK PLACE, DEPT 01
PARAMUS, NJ 07652


ROANOKE TRADE SERVICE, INC.
61 BROADWAY SUITE 2700
NEW YORK, NY 10006


S-4 SOLUTIONS
10846 BROADVIEW BAY POINT
BOYNTON BEACH, FL 33473


SASCO
313 HIGH STREET
P.O. BOX 400
HACKETTSTOWN, NJ 07840

SCHAEFER TRANS, INC.  
580 ATLANTIC AVENUE  
EAST ROCKAWAY, NY 11518


STATE INSURANCE FUND  
P.O BOX 1100 199  
CHURCH STREET  
NEW YORK, NY 10007-1100


STEVEN COHEN, ESQ.  
WACHTEL MISSRY  
885 SECOND AVENUE  
NEW YORK, NY 10017


THOR ASB 875 WASHING STREET LL  
C/O SIERRA REAL ESTATE  
600 MADISON AVENUE, 3RD FLOOR  
NEW YORK, NY 10022


THOR ASB 875 WASHINGT, ST. LLC  
C/O SIERRA REAL ESTATE LLC  
600 MADISON AVE  
NEW YORK, NY 10022


TOTAL FOUR STAR  
19 WEST 21ST STREET  
SUITE 601A  
NEW YORK, NY 10014


TRADE ROSK GROUP  
305 FLORAL VALE BLVD  
MORRISVILLE, PA 19067


UPS  
PO BOX 7247-0244  
PHILADELPHIA, PA 19170


UPS SUPPLY CHAIN SOLUTIONS, IN  
28013 NETWORK PLACE  
CHICAGO, IL 60673


US CUSTOMS SERVICE  
BUILDING # 77  
JFK AIRPORT  
JAMAICA, NY 11430

```
US FISH & WILDLIFE SERVICE
70 EAST SUNRISE HWY SUITE 419
VALLEY STREAM, NY 11581


VERIZON
P O BOX 489
NEWARK, NJ 07101-0489


VERIZON WIRELESS
P.O. BOX 15124
ALBANY, NY 12212-5124
```

# United States Bankruptcy Court
## Southern District of New York

In re   **Rena Lange (USA) Inc.**                                                    Case No.
                                           Debtor(s)                                 Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Rena Lange (USA) Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**M. Lange & Co. GmbH**
**c/o Gerloff, Liebler, etc**
**Nymphenburger Str. 4 80335**
**Munich, Germany**

☐ None [*Check if applicable*]

| | |
|---|---|
| **October 7, 2014** | **/s/ Wayne M. Greenwald** |
| Date | **Wayne M. Greenwald** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Rena Lange (USA) Inc.** |
| | **Wayne Greenwald, P.C..** |
| | **475 Park Avenue South** |
| | **26th Floor** |
| | **New York, NY 10016** |
| | **212-983-1922 Fax:212-983-1965** |
| | **grimlawyers@aol.com** |