**BRYAN CAVE LLP**
Michelle McMahon (3900)
1290 Avenue of the Americas
New York, New York  10104
(Telephone: (212) 541-2000
Facsimile: 212-541-4630
E-mail:  Michelle.mcmahon@bryancave.com

David Unseth
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri  63102
Telephone: 314-259-2595
Facsimile:  314-552-8595
Email: dmunseth@bryancave.com

Counsel for The Neiman Marcus Group LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------- x : | Chapter 11 |
| **In re:** : : | Case No. 14-12831 SMB |
| **Rena Lange (USA), Inc.,** : : | |
| **Debtor.** : | |
| -------------------------------------------------------------x | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE that Bryan Cave LLP, as counsel for The Neiman Marcus Group LLC ("Neiman Marcus"), hereby enter their appearances pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

4418733.1

| | |
|---|---|
| **Bryan Cave LLP** | **Bryan Cave LLP** |
| David Unseth | Michelle McMahon |
| One Metropolitan Square | 1290 Avenue of the Americas |
| 211 North Broadway, Suite 3600 | New York, New York 10104 |
| St. Louis, Missouri 63102 | Telephone: (212) 541-2000 |
| Telephone: 314-259-2595 | Facsimile: 212-541-4630 |
| Facsimile: 314-552-8595 | E-mail: Michelle.mcmahon@bryancave.com |
| Email: dmunseth@bryancave.com | |

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Neiman Marcus' (i) rights to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related thereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Neiman Marcus is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

4418733.1

Dated:  October 10, 2014

            **BRYAN CAVE LLP**

            /s/ Michelle McMahon
            Michelle McMahon (3900)
            1290 Avenue of the Americas
            New York, New York  10104
            (Telephone: (212) 541-2000
            Facsimile: 212-541-4630
            E-mail:  Michelle.mcmahon@bryancave.com

            David Unseth
            One Metropolitan Square
            211 North Broadway, Suite 3600
            St. Louis, Missouri  63102
            Telephone: 314-259-2595
            Facsimile:  314-552-8595
            Email: dmunseth@bryancave.com

            Counsel for The Neiman Marcus Group LLC

4418733.1