WACHTEL MISSRY LLP
One Dag Hammarskjold Plaza
885 Second Avenue, 47th Floor
New York, New York 10017
(212) 909-9500
Steven J. Cohen (SC1289)
scohen@wmllp.com

*Attorneys for Modern Bank, N.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    RENA LANGE (USA), INC.,
    ADBA Mabrun, ADBA St. Emile,
    ADBA Gloriette,

Case No. 14-12831-smb
Ch. 11 Reorganization

                     Debtor.
-----------------------------------------------------------------X

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Modern Bank, N.A., a creditor and party-in-interest, through its attorneys, Wachtel Missry LLP, appears in the above-captioned case and requests that all notices given or required to be given, and all papers served or required to be served in this case, be given to and served upon the following:

WACHTEL MISSRY LLP
One Dag Hammarskjold Plaza
885 Second Avenue, 47th Floor
New York, New York 10017
Attn: Steven J. Cohen
Telephone: (212) 909-9500
Email: cohen@wmllp.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and pursuant to Section 1109(b) of the Bankruptcy Code also includes, without limitation, any notice of any orders, pleadings, motions, application, complaints, demand, hearings, requests or petitions, answering or reply papers, memoranda and briefs, in support of any of the foregoing.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed to be a waiver of the right: (1) to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any subject to mandatory or discretionary withdrawal; or (4) any other rights, remedies, claims, actions, setoffs or recoupments under any agreements, at law or in equity, all of which are hereby expressly reserved.

Dated: New York, New York
October 13, 2014

WACHTEL MISSRY LLP

By: /Steven J. Cohen
One Dag Hammarskjold Plaza
885 Second Avenue, 47th Floor
New York, New York 10017
(212) 909-9500
scohen@wmllp.com

*Attorneys for Modern Bank, N.A.*

2