**Platzer, Swergold, Levine,**
**Goldberg, Katz & Jaslow, LLP**
*Attorneys for Canon Financial Services, Inc.*
475 Park Avenue South, 18th Floor
New York, New York 10016
(212) 593-3000
Sherri D. Lydell, Esq.
Teresa Sadutto-Carley, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re:                                                            :
                                                                  :    Chapter 11
Rena Lange (USA), Inc.                                            :
                                                                  :    Case No.: 14-12831-smb
                        Debtor.                                   :    (Jointly Administered)
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned hereby enters this Notice of Appearance as counsel for CANON FINANCIAL SERVICES, INC., and demands, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), that all notices given or required to be given in this bankruptcy case and all papers served or required to be served in this case be given to and served upon:

> Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP
> Counsel for Canon Financial Services, Inc.
> 475 Park Avenue South, 18th Floor
> New York, New York 10016
> Attn:   Sherri D. Lydell, Esq.
>         Teresa Sadutto-Carley, Esq.
> Telephone: 212-593-3000
> Facsimile: 212-593-0353
> slydell@platzerlaw.com
> tsadutto@platzerlaw.com

g:\wpdocs\working\commerci\canon financial\rena lange\notice of appearance.docx

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic mail or otherwise: (1) which affect or seek to affect in any way the rights or interests of CANON FINANCIAL SERVICES, INC., with respect to (a) the Debtor's bankruptcy estate; (b) property or proceeds thereof in which the Debtor's bankruptcy estate may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by the Debtor's bankruptcy estate.

Dated:  October 24, 2014

        Platzer, Swergold, Levine,
        Goldberg, Katz & Jaslow, LLP
        *Attorneys for Canon Financial Services, Inc.*

        By: /s/ Sherri D.Lydell
            Sherri D. Lydell, Esq.
            475 Park Avenue South, 18th Fl.
            New York, New York 10018
            (212) 593-3000
            slydell@platzerlaw.com