UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RENA LANGE (USA), INC., a*dba* Mabrun; *adba* St. Emile a*dba* Gloriette, | : | Case No. 14-12831 (SMB) |
| | : | |
| Debtor. | : | |
| | x | |

------------------------------------------------------------------

# NOTICE OF APPEARANCE AND
# REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Troutman Sanders LLP hereby appears as counsel for 787 Madison LLC, and hereby requests, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served to the following address and facsimile number as follows:

>       TROUTMAN SANDERS LLP
>       Counsel for 787 Madison LLC
>       405 Lexington Avenue
>       New York, NY  10174
> ATTENTION:  Brett D. Goodman, Esq.
>
> TELEPHONE NO.  (212) 704-6170
>
> FACSIMILE NO.  (212) 704-5966
>
>       E-MAIL:  brett.goodman@troutmansanders.com

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court, the foregoing request also includes, without limitation, any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether oral or written, and whether

transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which may effect or seek to effect the above captioned Debtor. <u>Please add the foregoing to such mailing matrix as may be used for all purposes in this case.</u>

**PLEASE TAKE FURTHER NOTICE**, that, this Notice of Appearance and Request for Service of Notices and Papers or any subsequent appearance, pleadings, claim or suit shall not be deemed or construed to be a waiver of (i) the right to have final orders in non-core matters entered only after a *de novo* review by a District Court Judge; (ii) the right to trial by jury in any proceeding so triable in this case (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entity is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
December 12, 2014

                                                   TROUTMAN SANDERS LLP

                                                   By: *s/Brett D. Goodman*
                                                         Brett D. Goodman
                                                         The Chrysler Building
                                                         405 Lexington Avenue
                                                         New York, New York 10174
                                                         Telephone: (212) 704-6170

                                                *Attorneys for 787 Madison LLC*

24130641v1