**WAYNE GREENWALD, P.C.**
*Attorneys*
475 Park Avenue South - 26th Floor
New York, New York 10016
Tel: 212-983-1922   Fax: 212-983-1965
e-mail: grimlawyers@aol.com

W. M. Greenwald

Via ECF Filing and Email                                                                          March 24, 2015

Judge Stuart M. Bernstein
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

    Re:    **Rena Lange (USA), Inc**.
              **Case No.: 14-12831-SMB**

Honorable Sir:

       This firm is counsel for the referenced Debtor in its Chapter 11 case.

       My office advised Your Honor's chambers that, due to a death in my family, I am unable to attend tomorrow's hearing on Modern Bank's motion for stay relief.  I am attending a funeral and burial which shall take all day.

       I was instructed to confer with counsel for the parties.  The parties asked me to write to the Court about the Debtor's position on the pending motion and whether this case should be dismissed or converted.

       Despite my firm's efforts, I received no communications from the Debtor's management.  Therefore, no response was filed to Modern Bank's motion for stay relief.  Similarly, I received no guidance on whether the Debtor prefers to have this cased dismissed or converted.

       I regret my inability to attend the hearing,  I am confident the Court understands these

circumstances. The information stated above is all I could report to the Court if I attended tomorrow's hearing.

    Thank you for your consideration.

                      Respectfully,

                      /s/ Wayne M. Greenwald
                      Wayne M. Greenwald

cc:    Steven Cohen, Esq.
       Brian Masumoto, Esq.