TOGUT, SEGAL & SEGAL LLP
Proposed Attorneys for Albert Togut, not individually
but solely in his capacity as Chapter 7 Trustee
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Neil Berger

ABANDONMENT DATE: 8/25/15

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  :
In re:  :
  :  Chapter 7 Case
  :  No. 14-12831 [SMB]
RENA LANGE (USA), INC., ADBA Mabrun,  :
ADBA St. Emile, ADBA Gloriette,  :
  :
                                     Debtor.  :
  :
-------------------------------------------------------------- X

## NOTICE OF TRUSTEE'S ABANDONMENT OF
## DEBTOR'S INTEREST IN ALL PERSONAL PROPERTY
## LOCATED AT MANHATTAN MINI STORAGE

TO:   ALL OF THE DEBTOR'S KNOWN CREDITORS;
      THE DEBTOR; AND
      OTHER PARTIES IN INTEREST

**PLEASE TAKE NOTICE** that pursuant to section 554(a) of the Bankruptcy Code, Rule 6007 of the Federal Rules of Bankruptcy Procedure and Rule 6007-1 of the Local Rules for the Southern District of New York (the "Local Rules"), Albert Togut, not individually, but solely in his capacity as the Chapter 7 Trustee (the "Trustee") of the estate of Rena Lange (USA), Inc., ADBA Mabrun, ADBA St. Emile, ADBA Gloriette (the "Debtor"), intends to abandon all of the estate's right, title, and interest in and to all personal property, consisting of aged books and records (the "Personal Property") located at the Debtor's leased storage unit located at room #403-11-05-48 at Manhattan Mini Storage, 524 West 23rd Street, New York, New York.

**PLEASE TAKE FURTHER NOTICE** that the Trustee has caused the Personal Property to be inspected and has concluded that it is not needed for the administration of the Debtor's estate, is of inconsequential value and otherwise burdensome to the Debtor's Chapter 7 estate and should be abandoned.

**PLEASE TAKE FURTHER NOTICE** that the Trustee will not take any action to protect, secure, marshall, or otherwise facilitate retrieval of the Personal Property. The Debtor's secured creditor(s) and any other party asserting an interest in the Personal Property, including without limitation, Manhattan Mini Storage and Modern Bank, N.A., are solely responsible for making their own arrangements to retrieve the Personal Property that is subject to their respective Liens, wherever located, once abandoned pursuant to this Notice. Pursuant to Local Rule 6007-1, the Personal Property will be abandoned to Manhattan Mini Storage and Modern Bank, N.A.

**PLEASE TAKE FURTHER NOTICE** that unless a creditor or party-in-interest files a written objection and a request for a hearing with the Clerk of the United States Bankruptcy Court for the Southern District of New York in compliance with, among other things, General Order M-182 which provides for the means of electronic filing of objections with the Court, which may be accessed at the official web site maintained by the Bankruptcy Court at www.nysb.uscourts.gov, with copies served upon, so as to be received by: (i) the undersigned attorneys for the Trustee; and (ii) William K. Harrington, United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10016, Attn: Andy Velez-Rivera, Esq., within fourteen (14) days after

the date of this Notice, the Trustee will be deemed to have abandoned the estate's interests in the Personal Property on the fifteenth day after the date of this Notice, which will constitute the Effective Date.

DATED: New York, New York
         July 23, 2015

                ALBERT TOGUT, not individually but solely in his capacity as the Chapter 7 Trustee,
By his Attorneys,
TOGUT, SEGAL & SEGAL LLP,
By:

/s/ Neil Berger
NEIL BERGER
A Member of the Firm
One Penn Plaza - Suite 3335
New York, New York 10119
(212) 594-5000

3